**Fill in this information to identify your case:**

Debtor 1: Jay P Carey  *Paul  Carey*
Debtor 2 (Spouse if, filing): Erin N Carey
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known): 20-20299

■ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Jay P Carey_____           X _/s/ Erin N Carey_____
Jay P Carey                            Erin N Carey
Signature of Debtor 1                  Signature of Debtor 2

Date: January 6, 2021                  Date: January 6, 2021