UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 20-20299 |
| Jay P Carey ) | | |
| Erin N Carey ) | Chapter: | 13 |
| ) | Honorable David D. Cleary | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER ON MOTION TO OBTAIN/INCUR DEBT AND SHORTEN NOTICE

THIS MATTER coming to be heard on the DEBTORS' MOTION TO OBTAIN/INCUR DEBT AND SHORTEN NOTICE, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS HEREBY ORDERED:

1. The Debtors are permitted to purchase a 2018 Chevrolet Malibu or similar vehicle, with an amount financed not to exceed $22,913, interest not to exceed 17.99%, and monthly payments not to exceed $526.36.

2. Notice is shortened.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: April 10, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600